# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIE J. FOSTER, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:19-CV-81-SDJ-KPJ |
| | § § | |
| HERITAGE BAG COMPANY and NOVOLEX BAGCRAFT, INC., | § § § | |
| Defendants. | § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 23, 2019, the Report and Recommendation of the Magistrate Judge was entered recommending that Defendants' Motion to Dismiss (the "Motion") (Dkt. 7) be denied. *See* Dkt. 23.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendants' Motion to Dismiss (Dkt. 7) is hereby **DENIED**.

**So ORDERED and SIGNED this 10th day of January, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE