# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIE J. FOSTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-081-SDJ-KPJ |
| | § | |
| HERITAGE BAG COMPANY, | § | |
| and NOVOLEX BAGCRAFT, INC., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 9, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #59) that Defendant Heritage Bag Company's Motion for Summary Judgment (the "Motion") (Dkt. #45) be granted because Plaintiff Willie J. Foster's lawsuit is time-barred.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Motion (Dkt. #45) is **GRANTED** and all of Plaintiff Willie J. Foster's claims are **DISMISSED WITH PREJUDICE**. The Court will enter final judgment under separate cover.

So ORDERED and SIGNED this 1st day of September, 2021.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE